

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2014

No. 04-13-00868-CV

**FORT DUNCAN MEDICAL CENTER INC.,**
Appellant

v.

Edwin **MARTIN** and Esther Martin, Individually and as Representative of the Estate of Robert Martin,
Appellees

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 10-12-26093-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

This is an accelerated appeal. Appellees' brief was originally due on March 13, 2014. On March 12, 2014, appellees requested an extension of time in which to file a brief, stating the parties had informally reached a settlement. This court granted the extension until April 14, 2014. Neither the brief nor a second motion for an extension of time has been filed.

On April 15, 2014, the clerk of this court contacted appellees and was informed that the parties were in the process of finalizing the settlement documents and would be filing a motion to dismiss. A motion to dismiss has not been filed.

Appellees are represented on appeal by Mr. Manuel C. Maltos. Mr. Maltos is hereby ORDERED to file, no later than May 19, 2014, a joint motion to dismiss or a motion for extension of time in which to file appellees' brief. If Mr. Maltos files a motion for extension of time based upon the settlement negotiation, he must state in detail the status of the settlement negotiation and provide a date by which a motion to dismiss will be filed. If Mr. Maltos does not respond by May 19, 2014, this appeal will be set at issue without benefit of an appellees' brief.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court